**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| FREDY ALVARENGA-LOPEZ | CIVIL ACTION NO. 26-2019 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Fredy Alvarenga-Lopez's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 9th day of September, 2026.

UNITED STATES DISTRICT JUDGE